Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       kw@slwlaw.com
Attorneys for Plaintiff
U.S. Bank, National Association, as
Trustee, Successor in Interest to Bank of America
National Association as Successor by
Merger to LaSalle Bank National
Association, as Trustee for Certificateholders
of Bear Stearns Asset Backed Securities I LLC
Asset Backed Certificates, Series 2005-HE2

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC ASSET BACKED CERTIFICATES, SERIES 2005-HE2,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; EAGLE VIEW HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; JAMES ROUSHKOLB, an individual,<br><br>Defendants. | Case No.: 2:17-cv-02723-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF COUNTERMOTION FOR SUMMARY JUDGMENT**<br><br>(First Request) |

1

Plaintiff U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC Asset Backed Certificates, Series 2005-HE2 ("Plaintiff") and Eagle View Homeowners Association (the "Association"), by and through their respective counsel of record, hereby stipulate and agree that Plaintiff shall have up to, and including, April 17, 2018 to file its reply to the Association's response to Plaintiff's Countermotion for Summary Judgment (Doc. 22). This is the first stipulation for an extension of time to file a reply in support of the Countermotion for Summary Judgment. The reason for the extension of time is that Plaintiff would like to consolidate its reply to the Association's response with its reply to any response filed by Defendant SFR Investments Pool 1, LLC ("SFR"), and SFR's response is not due until the current deadline to file a reply to the Association's response. Accordingly, the extension sought herein will allow Plaintiff to meet both reply deadlines in one filing.

| SMITH LARSEN & WIXOM | BOYACK ORME & ANTHONY |
|---|---|
| Dated this 2nd day of April, 2018. | Dated this 2nd day of April, 2018. |
| /s/ Katie M. Weber | /s/ Colli C. McKiever |
| Katie M. Weber, Esq.<br>Nevada Bar No. 11736<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Plaintiff | Colli C. McKiever, Esq.<br>Nevada Bar No. 13724<br>7432 W. Sahara Ave., Ste. 101<br>Las Vegas, Nevada 89117<br>Attorneys for Defendant<br>Eagle View Homeowners Association |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: April 5, 2018

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2018 a true copy of the foregoing **Stipulation and Order to Extend Deadline to File Reply in Support of Countermotion for Summary Judgment** was filed and served electronically via the court's CM/ECF system to the following:

Diana S. Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
diana@kgelegal.com
Jackie@kgelegal.com
Karen@kgelegal.com
Attorneys for Defendant
SFR Investments Pool 1, LLC

Edward D. Boyack, Esq.
Colli C. McKiever, Esq.
7432 W. Sahara Ave., Ste. 101
Las Vegas, NV 89117
ted@boyacklaw.com
colli@boyacklaw.com
Attorneys for Defendant
Eagle View Homeowners' Association

/s/ Mindy Warner
an employee of Smith Larsen & Wixom

3