Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
        kw@slwlaw.com
Attorneys for Plaintiff
U.S. Bank, National Association, as
Trustee, Successor in Interest to Bank of America
National Association as Successor by
Merger to LaSalle Bank National
Association, as Trustee for Certificateholders
of Bear Stearns Asset Backed Securities I LLC
Asset Backed Certificates, Series 2005-HE2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC ASSET BACKED CERTIFICATES, SERIES 2005-HE2,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; EAGLE VIEW HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; JAMES ROUSHKOLB, an individual,<br><br>Defendants. | Case No.: 2:17-cv-02723-GMN-GWF<br><br><br><br><br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION AND DISCOVERY BASED ON PENDING MEDIATION** |

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff U U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC Asset Backed Certificates, Series 2005-HE2 ("U.S. Bank"),  and Defendants SFR Investments Pool 1, LLC ("SFR") and Eagle View Homeowners Association ("Eagle View") (collectively, the "Parties"),[1] by and through their respective undersigned counsel, stipulate as follows:

1.  On or about February 28, 2018, the Court entered a Discovery Plan and Scheduling Order in this matter, which order set the deadline to complete discovery in this case for July 9, 2018 (ECF No. 19).

2.  U.S. Bank and SFR have since agreed to include this matter in a bulk mediation scheduled to take place on June 6, 2018.

3.  Given this scheduled mediation, and to avoid wasting resources and incurring potentially unnecessary expense associated with discovery, the Parties agree to, and hereby request, a temporary stay of this case while the Parties explore settlement.  The Parties agree that they will have until June 15, 2018 to either stipulate to lift the stay, or to request a further stay of the matter in the event a settlement is reached.

. . .

. . .

. . .

. . .

---

[1] Defendant James Roushkolb has not appeared in this action.

2

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006

4. The Parties make this stipulation in good faith and not for purposes of delay.

| Dated this 16th day of May, 2018. | Dated this 16th day of May, 2018. |
|---|---|
| SMITH LARSEN & WIXOM | KIM GILBERT EBRON |
| /s/*Katie M. Weber* | /s/*Diana S. Ebron* |
| Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Katie M. Weber, Esq.<br>Nevada Bar No. 11736<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Plaintiff<br>U.S. Bank, National Association, as Trustee, Successor in Interest to Bank of America National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC Asset Backed Certificates, Series 2005-HE2 | Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Attorney for Defendant<br>SFR Investments Pool 1, LLC<br><br>Dated this 16th day of May, 2018.<br><br>BOYACK ORME & ANTHONY<br><br>/s/*Colli C. McKiever*<br>Edward D. Boyack, Esq.<br>Nevada Bar No. 5229<br>Colli C. McKiever, Esq.<br>Nevada Bar No. 13724<br>7432 W. Sahara Ave., Ste. 101<br>Las Vegas, Nevada 89117<br>Attorneys for Defendant<br>Eagle View Homeowners Association |

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED:  5-23-2018

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 16, 2018, a true copy of the foregoing **Stipulation and [Proposed] Order to Stay Litigation and Discovery Based on Pending Mediation** was filed and served electronically via the Court's CM/ECF system to the following:

Diana S. Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
diana@kgelegal.com
Jackie@kgelegal.com
Karen@kgelegal.com
Attorneys for Defendant
SFR Investments Pool 1, LLC

Edward D. Boyack, Esq.
Colli C. McKiever, Esq.
7432 W. Sahara Ave., Ste. 101
Las Vegas, NV 89117
ted@boyacklaw.com
colli@boyacklaw.com
Attorneys for Defendant
Eagle View Homeowners' Association

*/s/ Mindy Warner*
an employee of Smith Larsen & Wixom