Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
      kw@slwlaw.com
Attorneys for Plaintiff
U.S. Bank, National Association, as
Trustee, Successor in Interest to Bank of America
National Association as Successor by
Merger to LaSalle Bank National
Association, as Trustee for Certificateholders
of Bear Stearns Asset Backed Securities I LLC
Asset Backed Certificates, Series 2005-HE2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC ASSET BACKED CERTIFICATES, SERIES 2005-HE2,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; EAGLE VIEW HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; JAMES ROUSHKOLB, an individual,<br><br>Defendants. | Case No.: 2:17-cv-02723-GMN-GWF<br><br><br><br><br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND STAY OF LITIGATION AND DISCOVERY BASED ON PENDING SETTLEMENT** |

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC Asset Backed Certificates, Series 2005-HE2 ("U.S. Bank"), and Defendants SFR Investments Pool 1, LLC ("SFR") and Eagle View Homeowners Association ("Eagle View") (collectively, the "Parties"),[1] by and through their respective undersigned counsel, stipulate as follows:

1. On May 23, 2018, the Court entered a Stipulation and Order to Stay Litigation and Discovery Based on Pending Mediation. (ECF No. 35.)

2. At the time of the mediation on June 6, 2018, U.S. Bank and SFR were able to come to an agreement and are in the process of finalizing settlement.

3. Additionally, U.S. Bank and Eagle View are discussing a possible resolution of this matter.

4. Given the pending settlement between U.S. Bank and SFR, and the settlement discussions between U.S. Bank and Eagle View, and in an effort to avoid wasting resources and incurring potentially unnecessary expense associated with discovery, the Parties agree to, and hereby request, an extended stay of this case.

. . .

. . .

. . .

. . .

---

[1] Defendant James Roushkolb has not appeared in this action.

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006

5. The Parties make this stipulation in good faith and not for purposes of delay.

| Dated this 15th day of June, 2018.<br><br>SMITH LARSEN & WIXOM<br><br>/s/*Katie M. Weber*<br>Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Katie M. Weber, Esq.<br>Nevada Bar No. 11736<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Plaintiff<br>U.S. Bank, National Association, as Trustee, Successor in Interest to Bank of America National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC Asset Backed Certificates, Series 2005-HE2 | Dated this 15th day of June, 2018.<br><br>KIM GILBERT EBRON<br><br>/s/*Diana S. Ebron*<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Attorney for Defendant<br>SFR Investments Pool 1, LLC<br><br>Dated this 15th day of June, 2018.<br><br>BOYACK ORME & ANTHONY<br><br>/s/*Colli C. McKiever*<br>Edward D. Boyack, Esq.<br>Nevada Bar No. 5229<br>Colli C. McKiever, Esq.<br>Nevada Bar No. 13724<br>7432 W. Sahara Ave., Ste. 101<br>Las Vegas, Nevada 89117<br>Attorneys for Defendant<br>Eagle View Homeowners Association |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6-18-2018

3